People v Jemmott (2025 NY Slip Op 00235)

People v Jemmott

2025 NY Slip Op 00235

Decided on January 15, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 15, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
PAUL WOOTEN
BARRY E. WARHIT
CARL J. LANDICINO, JJ.

2022-03656
 (Ind. No. 222/10)

[*1]The People of the State of New York, respondent,
v
Marvon Jemmott, appellant.

Marvon Jemmott, Napanoch, NY, appellant pro se.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order on motion of this Court dated June 8, 2022, denying the appellant's application pursuant to CPL 450.15 and 460.15 for a certificate granting leave to appeal to this Court from an order of the Supreme Court, Nassau County, dated April 26, 2022.
ORDERED that the application is denied.
The application for a writ of error coram nobis must be denied as there is no constitutional right to counsel on a discretionary application for leave to appeal from an order denying a motion pursuant to CPL 440 (see generally People v Maloy, 204 AD3d 1090, 1091), and "in the absence of a violation of a constitutional right, coram nobis does not lie" (People v Grimes, 32 NY3d 302, 309; see generally People v Andrews, 23 NY3d 605, 616).
IANNACCI, J.P., WOOTEN, WARHIT and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court